FILED BY _____ D.C.

05 AUG 15 AM 10: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER )))) | |
| Plaintiff, )<br>v. ) | Case No. 2:05cv2334 D/V |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY )))) | |
| Defendant and Third Party Plaintiff )))) | |
| DAVID REES, ESQ., individually and The REES LAW FIRM, P.A. ))) | |
| Third Party Defendants. ) | |

## ORDER DENYING DEFAULT JUDGMENT

**Third Party Plaintiff, Universal Underwriters Insurance Company** by and through Counsel, submitted motion for default judgment against Defendants David Rees, Esq., individually and The Rees Law Firm, P.A. As grounds, Plaintiff states that Defendant(s) has failed to answer / plead to complaint.

**Entry of Default** may be entered when party whom a judgment is sought has failed to plead or otherwise provided and fact is made to appear by affidavit or otherwise. FRCvP 55 (a)

1



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-15-05

//

**Default Judgment** is therefore **DENIED** as there has been no Entry of Default as to the Defendant(s).

Entered this 15th day of August, 2005.

                                        THOMAS M. GOULD
                                        Clerk of Court

                                        By: _____
                                                    Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02334 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Christopher J. Lareau
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT