IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

FILED BY _____ D.C.

05 DEC -9  AM 11: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER,

    Plaintiff,

v.                                 No. 05-2334-DV

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,

    Defendant and Third-Party Plaintiff,

DAVID REES, ESQ., individually and
THE REES LAW FIRM, P.A.,

    Third-Party Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties by and through counsel of record and announce to the court that all matters and controversies have been compromised and settled by and between them to their mutual satisfaction, and that the Complaint and the Third-Party Complaint may each be dismissed with prejudice.

IT IS ORDERED, by consent, that the Complaint be dismissed with prejudice.

IT IS FURTHER ORDERED, by consent, that the Third-Party Complaint be dismissed with prejudice.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

IT IS FURTHER ORDERED, by consent, that each party shall bear its respective costs. Third Party Defendants David Rees and The Rees Law Firm shall fulfill the obligations of their private agreement to reimburse to Third Party Plaintiff the $250.00 filing fee. No party shall seek discretionary costs.

*[signature]*
United States District Judge

Date: December 8, 2005

APPROVED AND CONSENTED TO:

*[signature]*
Gary McCullough #17957
Attorney for Plaintiff Shelby County
 Health Care Corporation d/b/a Regional
 Medical Center
9050 Corporate Gardens Drive
Germantown, Tennessee 38138
(901) 755-8881

*[signature]*
Craig J. Lazarov #16790
Attorney for Defendant/Third Party Plaintiff
 Universal Underwriters Insurance Company
9032 Stone Walk Place
Germantown, Tennessee 38138
(901) 759-3489

2

*[signature]*

Bruce M. Smith #8513
Attorney for Third Party Defendants David
  Rees, Esq. And The Rees Law Firm
APPERSON, CRUMP & MAXWELL, PLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 756-6300

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02334 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Christopher J. Lareau
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT