UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 16 PM 6:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a REGIONAL
MEDICAL CENTER

    Plaintiff,

v.

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,

    Defendant and Third-Party Plaintiff,

DAVID REES, ESQ., individually and
THE REES LAW FIRM, P.A.

    Third-Party Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2334-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered on December 13, 2005, this cause is hereby dismissed with prejudice.
**IT IS FURTHER ORDERED**, that Third Party Defendants, David Rees, Esq., individually and The Rees Law Firm, P.A., reimburse to Third Party Plaintiff, Universal Underwriters Insurance Company, the $250.00 filing fee.

APPROVED:

_/s/ Bernice B. Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

December 16, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/20/05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02334 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Christopher J. Lareau
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Craig J. Lazarov
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT